# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0485.  JOEY HALL v. ANN L. HALL.**

Ann L. Hall filed a contempt action against her ex-husband, Joey Hall, seeking a citation of contempt against Hall based upon his failure to comply with provisions of the parties' divorce decree. The trial court found Joey Hall in willful contempt of the parties' divorce decree, and Hall filed this application for discretionary appeal. This Court, however, lacks jurisdiction.

The pending suit involves a petition for contempt based on alleged violations of a divorce decree. Jurisdiction, therefore, lies in the Supreme Court, which has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); see *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Accordingly, this application is hereby TRANSFERRED to the Supreme Court of Georgia for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/15/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*